UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
              :
RAMSES CHACON BOJORQUEZ,                    :
              :
           Plaintiff,            :          21-CV-6329 (JMF)
              :
    -v-                 :              ORDER
              :
LVNV FUNDING, LLC,                          :
              :
           Defendant.          :
              :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person.  Counsel should submit their proposed case management plan and joint letter by the Thursday prior to the conference, as directed in the Court's earlier Scheduling Order.  In their joint letter, the parties should also indicate whether they can do without a conference altogether.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial conference by telephone, albeit perhaps at a different time.  To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

       SO ORDERED.

Dated: October 1, 2021
       New York, New York                              JESSE M. FURMAN
                                                                    United States District Judge